UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 17-8477-MWF(RAOx)**                Dated: **January 25, 2018**

Title:    Giovanny Mejia -*v*- Parker Hannifin Corporation, et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                         None Present

**PROCEEDINGS (IN CHAMBERS):**   **COURT ORDER TAKING HEARING ON PLAINTIFF'S MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT [13] AND SCHEDULING CONFERENCE OFF CALENDAR AND UNDER SUBMISSION**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for submission on the papers without oral argument. Accordingly, the hearing set on this motion for January 29, 2018**,** is vacated and taken off calendar.

IT IS SO ORDERED.