JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNY MEJIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PARKER HANNIFIN CORPORATION, an Ohio corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:17-cv-08477 MWF (RAOx)<br><br>[PROPOSED] ORDER RE STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE<br><br>Complaint Filed: October 5, 2017<br>Trial Date: January 29, 2019<br>District Judge: Hon. Michael W. Fitzgerald<br>Magistrate Judge: Hon. Rozella A. Oliver |

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

Pursuant to the parties' Stipulation of Dismissal of Action with Prejudice, and good cause appearing therefore, IT IS HEREBY ORDERED that the above-referenced action by and hereby is dismissed in its entirety, with prejudice. Each party shall bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: September 6, 2018

Hon. Michael W. Fitzgerald
United States District Court Judge